FIRST COLONIAL BANK FOR SAVINGS *vs.* THE CO-OPERATIVE CENTRAL BANK. January 9, 1990. *Bank. Share Insurance Fund.*

The facts, issues, and prior proceedings are the same here as in the case of *Andover Sav. Bank* v. *Co-operative Cent. Bank*, *ante* 409 (1990), decided today. Accordingly, the result is necessarily the same.

*Judgment affirmed.*

*Charles M. Burnim* (*Philip L. Sisk* with him) for the plaintiff.
*William F. Looney, Jr.* (*Robert C. Barber* with him) for the defendant.